**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JULISSA DEL CARMEN DIAZ OCHOA #A213-251-178** | **CASE NO. 6:26-CV-03224 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

A review of the record indicates that the petitioner has already paid the filing fee in this matter. Therefore, petitioner's application to proceed *in forma pauperis* [Rec. Doc. 2] is DENIED.

THUS DONE in Chambers on this 3rd day of September, 2026.

Kayla D. McClusky
United States Magistrate Judge